BENJAMIN B. WAGNER
United States Attorney
GRACE M. KIM
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GILBERT NAVARRO, | ) CASE NO. 2:12-cv-02473-EFB |
|     Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| vs. | ) FOR THE AWARD OF ATTORNEY FEES |
| | ) PURSUANT TO THE EQUAL ACCESS TO |
| CAROLYN W. COLVIN, | ) JUSTICE ACT, 28 U.S.C. § 2412(d), AND |
| Acting Commissioner of Social Security, | ) COSTS PURSUANT TO 28 U.S.C. § 1920 |
|     Defendant.[1] | ) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of THREE THOUSAND FOUR HUNDRED dollars and 0 cents ($3,400.00), and costs in the

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Prop. Order for EAJA Fees & Costs                                                                         1

amount of $367.85 pursuant to 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412 and 1920.  Fees and expenses shall be made payable to Plaintiff, but delivered to Plaintiff's counsel's address.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted March 13, 2013.

DATED: March 13, 2013           *s/ Glenn M. Clark*
                                GLENN M. CLARK
                                (as authorized by email)

                                Attorney for Plaintiff

                                BENJAMIN B. WAGNER

                                United States Attorney

DATE: March 13, 2013     By     *s/ Daniel P. Talbert*
                                 DANIEL P. TALBERT
                                Special Assistant United States Attorney

                                Attorneys for Defendant

Stip. & Prop. Order for EAJA Fees & Costs                                           2

ORDER

Pursuant to stipulation, plaintiff is awarded attorney fees under the EAJA in the amount of THREE THOUSAND FOUR HUNDRED dollars and 0 cents ($3,400.00), and costs in the amount of $367.85

So ordered.

DATE: March 19, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE